COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Larry Broden v. The State of Texas

Appellate case number:    01-17-00740-CR

Trial court case number:   1503451

Trial court:            262nd District Court of Harris County

Appellant's court-appointed counsel has filed a brief concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744 (1967). Although the brief indicates that counsel provided appellant with a copy of her Motion to Withdraw, counsel has not filed a motion to withdraw from representation in this appeal. An *Anders* brief must accompany a motion to withdraw, neither the brief nor the motion may be filed on its own. *See id.*; *In re Schulman*, 252 S.W.3d 403, 406–08 (Tex. Crim. App. 2008).

Accordingly, we direct appellant's appointed counsel, Mandy Miller, to file with the Clerk of this Court within 14 days of the date of this order a motion to withdraw that complies with Texas Rules of Appellate Procedure 6.5 and 9. *See* TEX. R. APP. P. 6.5, 9; *Schulman*, 252 S.W.3d at 410, 412.

It is so ORDERED.

Judge's signature: /s/ Justice Russell Lloyd
                  ☒ Acting individually    ☐ Acting for the Court

Date: __April 30, 2019___